In·the United States of America district court
of western Pennsylvania

B139
#4
NO Fee / IFP
related 25-315 etal

William Labonte
Plaintiff

v

Defendants

| | |
|---|---|
| Sam Breene | Acting Commissioner |
| Ken Bryan | Acting Commissioner |
| Albert Abramovic | Acting Commissioner |
| Susan R Hannon | Recorder of deed |
| Cory Sharpe | Alleged recorder |
| Lana Linden | Acting clerk/ prothonotary |
| Eric Foy | Acting sheriff |
| Shawn White | Acting District Attorney |
| Julie Thomson | Acting Tax claim bureau |
| Robert Walter | Acting chief Assessor |
| Linda R Taylor | Acting tax collector |

SCANNED July 22 2025

1 : 25 cu 236

All defendants in
Private and
Official capacity

RECEIVED

JUL 2 8 2025

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

**18 U.S Code 1595**

## HISTORY

William Labonte in propria persona brings fourth this action due to Susan R Hannon acting Venango county recorder fraudulent actions to traffic the labor of William Labonte under the disguise of WILLIAM LABONTE a fictitious created name other than the owner on deed .

Susan R Hannon did intentionally create a fictitious name other than the deed on October 20th 2023 .

By means of Susan R Hannon intent to involve other actors/defendants or knowing participants in 18 3011 (a) (3) (4) and title 18 3012 (a) and (b) (1) (4) (5) (7) (8) (9) (11) and (13) .

1. 18 3017 and evidence 1 dunn and brad street filing clearly making Venango county a corporation owned by the commissioner also listed as defendants

1 of 8

clearly making commissioners/defendants liable for participating in 18 3011 and 18 3012 .

2. The United States constitution by means of the thirteen amendment abolished involuntary servitude in December 1865 .

3. Pennsylvania constitution clearly in the declaration of rights .

## § 1. Inherent rights of mankind.

All men are born equally free and independent, and have certain inherent and indefeasible rights, among which are those of enjoying and defending life and liberty, of acquiring, possessing and protecting property and reputation, and of pursuing their own happiness.

All men are free and have indefeasible rights of enjoying and defending of acquiring , possessing and protecting property and reputation . William Labonte has a rights to his name and property and any fraudulent law breaching the constitution is null and void , Leaving only the servant to act on his own free will and individual capacity to traffic men women and children .

### Simon v. Southern Ry. Co., 236 U.S. 115 (1915)

In the absence of service of process, a person named as defendant can no more be regarded as a party than any other member of the community.

A judgment against a person on whom no process has been served is not erroneous and voidable, but, upon principles of natural justice and also under the due process clause of the Fourteenth Amendment, is absolutely void.

Jurisdiction of the United States courts cannot be lessened or increased by state statutes regulating venue or establishing rules of procedure. While § 720, Rev.Stat., prohibits United States courts from staying proceedings in a state court, it does not prevent them from depriving a party of the fruits of a fraudulent judgment, nor from enjoining a party from using that which he calls a judgment but which is, in Page 236 U. S. 116

fact and in law, a mere nullity and absolutely void for lack of service of process. *Marshall v. Holmes*, 141 U. S. 589

UNITED STATES v. BEGGERLY 524 U.S. 38

### HERRING v. UNITED STATES (2005)

United States v. Throckmorton, where the Court held in pertinent part that: " Where the unsuccessful party had

2 of 8

been prevented from exhibiting full his case, by fraud or
deception practiced on him by his opponent.... a new
suit may be sustained to set aside and annul the former
judgment or decree, and open the case for a new and fair
hearing. "

Weese v. Schukman, 98 F.3d 542,
553 (10th Cir. 1996) (noting that "fraud on the court should
embrace only that species of fraud which does or attempts to,
subvert the integrity of the court itself, or is a fraud
perpetrated by officers of the court")

The fabrication of evidence by a party in
which an attorney is implicated, will constitute fraud on the
court. Please see, Rozier v. Ford Motor Co., 573 F.2d 1332, 1338

Kramer vs jp morgan chase bank (2:21-cv-01585)

QUESTIONS

1 What lawful authority does the recorders office have to traffic men/ Women and
children by a fictitious or fraudulent legal name ?

2. By what authorized authority does the defendants have to traffic a man William
Labonte by means of fraud from Susan r Hannon / recorders office fraudulent
entry of record ?

Via federal United States postal service .

3. Lana Linden continues to protect the trafficking by Susan r Hannon and the
recorders office by violating her oath to protect William labonte right to access the
courts for redress of grievance and have remedy by due course of law by refusing
to file and provide due process to William Labonte , Pennsylvania constitution
declaration of rights 11 and 20 ,
Where does Lana Linden get authorized authority to obstruct William Labonte
rights to redress of grievance and receive a remedy ?

4. By what authority does the defendants have to traffic William Labonte under 18
3011 (3) and (4) by means of obtaining and maintaining William Labonte to be
subjected to labor servitude ?

3 of 8

5. By what authority does the defendants have to traffic William Labonte under 18 3012 (a) ?

Note the federal constitution 13th amendment is in direct conflict with this statue due to the wording " except where the conduct is permissible under Federal or State law other than this chapter ".

6. By what authority does the defendants have to traffic William Labonte under 18 3012 (b) 4,5,7,8,9,10,11 and 13 ?

7. By what authority under the law are the defendants authorized to change a mans name ?

Note : the pennsylvania constitution 1873 article 3 legislation section 7 general assembly **shall not pass** any local or special law changing the names of persons or places .
At one time this was a protected right meaning the general assembly forbid changing ones name . Why would the people of the commonwealth consent to repealing this protected right ? Or did they ?

8. By the authority of the declaration of independence " All men are created equal that they are endowed by their creator with certain unalienable rights of life liberty and pursuit of happiness and governments are instituted by men deriving their powers from the consent of the governed , By what authority does the defendants have to traffic men women or children under a fictitious name by acting under color of law falsely claiming the government servants create name fraudulently by Means of all capital created corporation ?

9. 18 u.s.code §1589. Forced labor , do the defendants assume authority to traffic William Labonte by means of involuntary servitude by means of a fraudulent government created all capital letter corporation conversion ?

10. by what authority does the state actors namely the defendants have to traffic William Labonte by means of 18 U.S.Code 1594 to conspire to protect Susan R Hannon fraud of record or the Venango county ( commissioners ) recorders office?

4 of 8

11. By what authority does the defendants have to excuse his/her self from the participation in the venture of Susan R Hannons crimes upon the courts when the defendants continues to participate in the venture?

12. Acting Venango county ( commissioners ) district attorney Shawn White by certified notice from William Labonte Multiple times to prosecute or hold Susan R Hannon accountable but choose to participate in her human trafficking venture and Insisted on causing more harm to the "victim" William Labonte , By what **Authority** does Shawn White Protect the Human traffickers over William Labonte rights and the laws of the Commonwealth and United States of America ?

Note : On multiple times by certified mail ( either by USPS, UPS OR FED EX ) William Labonte has requested Shawn White to hold accountable Susan R Hannon and Robert Walter , Even by sending video footage of Venango ( commissioners ) tax assessors office committing a fraudulent assessment. As to this date William Labonte has received **no** assessment notice to respond or oppose .

## CONCLUSION

By violation of the law and the incorporation of the commissioner /defendants to operate a business of Venango county inc ,clearly authorizes William Labonte the Commonwealths protection to hold this Venango county Business liable under 18 **§ 3017. Violation by business entities.**

**(a) Penalty.**--Any business entity, including a corporation or unincorporated association, limited liability partnership or company or other legal entity, that knowingly aids or participates in any violation of this chapter, shall be subject to any of the following penalties:

(1) A fine of not more than $1,000,000.

(2) Revocation of the business entity's:

(i) charter, if it is organized under the laws of this Commonwealth; or

(ii) certificate of authority to do business in this Commonwealth, if the business entity is not organized under the laws of this Commonwealth.

(3) Other relief as the court deems equitable, including forfeiture of assets or restitution as provided in this chapter.

Legal entity be the servants who sworn oath to the constitutions .

5 of 8

Federal suits 18 U.S.Code 1595 also will be brought fourth with criminal complaints to Acting attorney Pam Bondi and Acting F.B.I Director Kash Patel to make sure the Business actors of Venango county never assumes authority to traffic men women and children under a legal created name for purpose of hiding the acts of forced labor and involuntary servitude by trafficking for profits .

Any and all bad acts to disclose why Susan R Hannon sudden departure from the recorders office of Venango county ( commissioners ) to William Labonte if it relates' Will face multiple Federal criminal complaints for obstructing a victims rights .

Definitions

Maintain.
The term is variously defined as acts of
repairs and other acts to prevent a decline, lapse or
cessation from existing state or condition; bear the
expense of; carry on; commence; continue; furnish
means for subsistence or existence of; hold; hold or
keep in an existing state or condition; hold or preserve in any particular state or condition; keep from change; keep from falling, declining, or ceasing;
keep in existence or continuance; keep in force; keep
in good order; keep in proper condition; keep in
repair; keep up; preserve; preserve from lapse, decline, failure, or cessation;
provide for; rebuild; repair; replace; supply with means of support; supply
with what is needed; support; sustain; uphold.
Negatively stated, it is defined as not to lose or
surrender; not to suffer or fail or decline. El Paso
County Water Imp. Dist. No. 1 v. City of EI Paso,
D.C.Tex., 243 F.2d 927, 931.

Business
Employment, occupation, profession, or
commercial activity engaged in for gain or livelihood.
Activity or enterprise for gain, benefit, advantage or
livelihood. Union League Club v. Johnson, 18 Ca1.2d
275, 1 08 P.2d 487, 490. Enterprise in which person
engaged shows willingness to invest time and capitalon future outcome. Doggett v. Burnet, 62 App.D.C.103, 65 F.2d 1 9 1 , 1 94. That which habitually busies

or occupies or engages the time, attention, labor, and
effort of persons as a principal serious concern or
interest or for livelihood or profit.
What authority does the courts have to make a man a business for having shelter
and standing upon his unalienable rights ?none


Right.
As a noun, and taken in an abstract sense,
means justice, ethical correctness, or consonance
with the rules of law or the principles of morals. In
this signification it answers to one meaning of the
Latin "jus, " and serves to indicate law in the abstract, considered as the
foundation of all rights, or the complex of underlying moral principles which
impart the character of justice to all positive law, or
give it an ethical content. As a noun, and taken in a
concrete sense, a power, privilege, faculty, or demand, inherent in one person and
incident upon another. Rights are defined generally as " powers of
free action. " And the primal rights pertaining to men
are enjoyed by human beings purely as such, being
grounded in personality, and existing antecedently to
their recognition by positive law. But leaving the
abstract moral sphere, and giving to the term a juristic content, a "right" is well
defined as "a capacity residing in one man of controlling, with the assent
and assistance of the state, the actions of others."
As an adjective, the term "right" means just, morally correct, consonant with
ethical principles or rules of positive law. It is the opposite of wrong, unjust,
illegal.

Obtain
To get hold of by effort; to get possession of to procure to acquire, in any way.
State v. Bowdry, 346 Mo. 1090, 145 S.W.2d 127, 129.


All the above definitions from  blacks law 5th edition

Title 18 chapter 30 section 1
**"Human trafficking."** Any activity in violation of section 3011 (relating to
trafficking in individuals) either alone or in conjunction with an activity in
violation of section 3012 (relating to involuntary servitude).

**"Involuntary servitude."** Labor servitude or sexual servitude.

**"Labor."** Work or service of economic or financial value.

**"Labor servitude."** Labor which is performed or provided by another individual and is induced or obtained by any of the means set forth in section 3012(b)

**"Record."** Information, regardless of physical form or characteristics, that documents a transaction or activity and that is created, received or retained under law or in connection with a transaction, business or activity. The term includes any of the following:

    (1) A document, paper, letter, map, book, tape, photograph, film or sound recording.

    (2) Information stored or maintained electronically.

    (3) A data-processed or image-processed document.

Related to the owner named in deed and the fraudulent creation and /or the change to all capital spelling for reason to falsely incorporate .

William Labonte the owner of 336 Rockland Nicklville road Kennerdell Pennsylvania affirms again this is not about property tax but only quasi to the fraudulent record by the recorders office by means of fraud to traffic the owners and keep in involuntary servitude .

William Labonte will contest to this under penalty of perjury upon filing criminal complaint , This civil cause of action under title 18 U.S. Code 1595 is for human trafficking .

Evidence 2 Property tax info crawford county with correct name entered upon record .

Evidence 3 Notice to Pam Bondi at her place of shelter ( no excuse for notice)

**NOTICE Brandy Loncheno acting clerk is also a participant in human trafficking and docket/record fraud .**

William Labonte    7/22/25

Served on

Pam Bondi U.S. Assistant Attorney general

Kash Patel Director of F.B.I.

William Labonte
Without Prejudice
Sui juris

8 of 8